UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS MOORE,<br><br>   Plaintiff,<br><br>  vs.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION,<br><br>   Defendant. | **1:23-cv-00892-GSA-PC**<br><br>**ORDER TO EITHER:**<br><br>**(1) SUBMIT NEW, COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS;**<br><br>  **OR**<br><br>**(2) PAY $402.00 FILING FEE IN FULL**<br><br>**DEADLINE:  JULY 17, 2023**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF AN APPLICATION TO PROCEED IN FORMA PAUPERIS** |

  Louis Moore ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on May 1, 2023, together with an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (ECF Nos. 1, 2.)  However, Plaintiff did not complete the second page of the application.

  Without knowing Plaintiff's present financial status, the court cannot grant his application to proceed *in forma pauperis*.  Plaintiff shall be granted an opportunity to submit a new,

completed application to proceed *in forma pauperis*, providing <u>all</u> of the information requested, or pay the $402.00 filing fee for this action, **on or before July 17, 2023**.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall send Plaintiff an application to proceed *in forma pauperis*;
2. **On or before July 17, 2023**, Plaintiff shall either:
   (a) Submit an application to proceed *in forma pauperis* to the court, **completed and signed;** or
   (b) Pay the $402.00 filing fee for this action;
3. Plaintiff is not required to submit another certified copy of his prison trust account statement;
4. No requests for extension of time will be granted without a showing of good cause; and
5. **Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **June 23, 2023**          /s/ Gary S. Austin
                                     UNITED STATES MAGISTRATE JUDGE