**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIS J. MOORE, | No.  1:23-cv-00892 JLT BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY COURT ORDER, AND FAILURE TO PROSECUTE |
| v. | |
| CALIFORNIA CORRECTIONAL INSTITUTION, | |
| Defendant. | (Doc. 22) |

Louis J. Moore is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

On December 16, 2025, the magistrate judge issued Findings and Recommendations that recommended this action be dismissed, with prejudice, for failure to state a cognizable claim pursuant to 28 U.S.C. § 1915A, for failure to obey a court order, and for Plaintiff's failure to prosecute this action.  (Doc. 24.)  The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days.  (*Id.* at 11.)  The Court also advised Plaintiff that "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, *citing Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff did not file objections, and the time in which to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), this Court performed a *de novo* review of this

1

case.  Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The findings and recommendations issued on December 16, 2025, (Doc. 24), are **ADOPTED**.
2. This action is **DISMISSED** with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915A, failure to obey a court order, and failure to prosecute.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 22, 2026**

UNITED STATES DISTRICT JUDGE

2